**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 20-81257-CV-MIDDLEBROOKS/Reid

LYNROY ANTHONY GAYLE,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendants.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

THIS CAUSE comes before the Court on Magistrate Judge Lisette M. Reid's Report and Recommendation ("Report"), filed October 2, 2020. (DE 5). The Report recommends dismissal of *pro se* Movant Lynroy Anthony Gayle's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 (DE 1) on jurisdictional grounds as an unauthorized successive petition. (DE 5 at 4–5). Due to the lack of subject matter jurisdiction, the Report further recommends that the Court not issue a certificate of appealability. (*Id.* at 5). The deadline to file objections has expired, and Movant has filed none.

After a careful review of Judge Reid's Report and the record as a whole in this case, I agree with the Report's recommendations. Accordingly, it is hereby

    **ORDERED AND ADJUDGED** that:

    (1) Magistrate Judge Reid's Report (DE 5) is **ADOPTED**.

    (2) Lynroy Anthony Gayle's *pro se* Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 is **DISMISSED**.

    (3) No certificate of appealability shall issue for want of subject matter jurisdiction over the Motion.

(4) The Clerk of Court is **DIRECTED** to **CLOSE THIS CASE** and **DENY** all pending Motions as **MOOT**.

**SIGNED** in Chambers in West Palm Beach, Florida, this 29th day of December, 2020.

Donald M. Middlebrooks
United States District Judge